1 | BENJAMIN B. WAGNER
United States Attorney
2 | JEAN M. HOBLER
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | (916) 554-2700

5 | Attorneys for Plaintiff
United States of America

6



**FILED**

JUL 2 4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,

12 | Plaintiff,

13 | v.

14 | BRYAN H. NISHIMURA,

15 | Defendant.

16

CASE NO. 2: 1 5 - CR . 1 4 5 KJN

VIOLATION: 18 U.S.C. § 1924 – Unauthorized Removal And Retention Of Classified Documents And Material

17

18 | I N F O R M A T I O N

19 | The United States Attorney charges: T H A T

20 | BRYAN H. NISHIMURA,

21 defendant herein, from on or about January 2007 through April 2012, while deployed outside of the

22 United States on active military duty with the United States Navy Reserve in Afghanistan and thereafter

23 at his residence located in the County of Sacramento, State and Eastern District of California, being an

24 officer and employee of the United States, specifically: a United States Navy Reserve Commander, and,

25 by virtue of his office and employment as such, becoming possessed of documents and materials

26 containing classified information of the United States, specifically: CLASSIFIED United States Army

27 records, did knowingly remove such documents and materials without authority and with the intent to

28 ///

INFORMATION       1       U.S. V. BRYAN H. NISHIMURA

1  retain such documents and materials at his residence in the County of Sacramento, an unauthorized

2  location, in violation of Title 18, United States Code, Section 1924(a), a Class A misdemeanor.

3

4  Dated: 7/24/2015                      BENJAMIN B. WAGNER
                                         United States Attorney
5

6                                    By: _____
                                         JEAN M. HOBLER
7                                        Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PENALTY SLIP

## UNITED STATES V. BRYAN H. NISHIMURA

## COUNT ONE:

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 1924 – Unauthorized Removal And Retention Of Classified Documents And Material |
| MAXIMUM PENALTY: | Imprisonment for not more than one year, a fine not more than $100,000.00, or both. |
| SPECIAL ASSESSMENT: | $25.00 |
| SUPERVISED RELEASE: | Not more than one year |